*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Ehdoh Lwe ) Case No. 25–13533–djb
)
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/5/2025, this case is hereby DISMISSED.

**Date: October 3, 2025**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Credit Counseling
Means Test Calculation 122C2
Plan
Schedules A/B
Schedules C
Schedules D
Schedules E/F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities